UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) BK No.: 23-02731
ROBERT B. PETERSON )
) Chapter: 13
) Honorable David D. Cleary
)
Debtor(s) )

## ORDER ALLOWING CHAPTER 13 COMPENSATION UNDER COURT-APPROVED RETENTION AGREEMENT
(Use for cases filed on or after April 20, 2015)

On the application of debtor(s)' counsel for compensation for representing the debtor(s) in this case and pursuant to the Court-Approved Retention Agreement executed by debtor(s) and counsel, the court grants the application based on its finding that the allowance is reasonable

| | |
|---:|---|
| $0.00 | for legal services through confirmation of the plan. |
| $4,000.00 | for legal services through conclusion of the case. |
| $0.00 | for legal services after confirmation of the plan. |
| $0.00 | for reimbursable expenses. |
| $4,000.00 | **total fees and reimbursement allowed.** |
| $ -0.00 | less payment received from debtor prior to date of application. |
| $4,000.00 | **balance allowed under this order.** |

Enter: *[signature: David D. Cleary]*

Honorable David D. Cleary
United States Bankruptcy Judge

Dated: May 01, 2023

**Fees Payable to:**

Arthur C. Czaja
Attorney for Debtor (ARDC #6291494)
7521 N. Milwaukee Ave.
Niles, IL 60714
(847) 647-2106
arthur@czajalawoffices.com